IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                     4:12CR00077-01BRW

TYRONE R. PERKINS

## ORDER

Pending is the Petition for Summons for Offender Under Supervision (doc #3). The Clerk's office is directed to issue a summons for the defendant, Tyrone R. Perkins, and a revocation hearing is set for Tuesday, May 22 , at 2:00 p.m., before the Honorable Billy Roy Wilson, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom #A401, Little Rock, Arkansas.

Jenniffer Horan, Federal Public Defender, is appointed to represent Mr. Perkins.

IT IS SO ORDERED this 4th $^{st}$ day of May, 2012.

                                                /s/Billy Roy Wilson
                                  UNITED STATES DISTRICT JUDGE

ordsumms.wpd