IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  4:12-CR-00077-BRW

TYRONE R. PERKINS

## ORDER

Pending is the Government's unopposed Motion to Dismiss Revocation Petitions (Doc. No. 15). The Government asks that the petitions to revoke Defendant's supervised release be dismissed because: Defendant has complied with the conditions of release, and has had no violations; Defendant's work hours have increased; he has not had a positive drug screen; and Defendant is actively participating in an out-patient program. The Motion is GRANTED. The petitions to revoke Defendant's supervised release are DISMISSED; the supervised release revocation hearing set for Thursday, October 11, 2012 is cancelled.

IT IS SO ORDERED this 9th day of October, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE